UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE, JR. (#90331)

CIVIL ACTION

VERSUS

JAMES D. CALDWELL, ET AL.

NO.: 14-00123-BAJ-SCR

### RULING AND ORDER

On June 16, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Preston Demouchette's action be dismissed without prejudice for failure to pay the court's filing fee. (Doc. 9.) A review of the record indicates that Plaintiff filed a motion to proceed in forma pauperis on March 26, 2014 (Doc. 4.) However, the Magistrate Judge determined that Plaintiff had previously filed at least three actions in federal court that were found to be either frivolous or failed to state a claim upon which relief could be granted. As such, and in accordance with 28 U.S.C. § 1915(g), Plaintiff was ordered to pay the court's full filing fee within twenty-one (21) days of the order. (Doc. 5.) Plaintiff filed objections to the Magistrate Judge's order. (Doc. 6.) However, Plaintiff's motion was denied and he was again ordered to pay the Court's full filing fee. (Doc. 7.) Plaintiff did not pay the fee.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 9, at 1.) A review of the record

indicates that Plaintiff filed a timely memorandum in opposition to the Magistrate Judge's Report and Recommendation on June 20, 2014.[1] (Doc. 10.)

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 9)** is ADOPTED as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED, without prejudice**, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 1ST day of July, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] The substance of Plaintiff's objection focuses on the state court's finding that he was "indigent," and that this Court's assessment of court costs is illegal. (Doc. 10, at 4.) Plaintiff further asserts that, should this Court continue to assess court costs against him, he will seek certification to the United States Supreme Court. (*Id.* at 6-7.) However, Plaintiff does not direct the Court to any law or facts that contest the findings of the Magistrate Judge, particularly the finding that he has exceeded the frivolous filing limit in federal court. Therefore, the Court adopts the findings of fact and conclusions of law cited in the Report.